JS-6
O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW EARLY ROBINSON,<br>Petitioner,<br>v.<br>GERALD MARSHALL, Warden,<br>Respondent. | Case No. 5:19-cv-00622-JGB-KES<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Report and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition and this action are dismissed without prejudice for lack of to prosecution.

DATED: November 22, 2019

_____
JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE